ORIGINAL

FILED

01/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0347

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0347

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

MATTHEW RYAN AILER,

    Defendant and Appellant.

FILED

JAN 17 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Matthew Ryan Ailer has filed a motion for leave to file an overlength brief. The State of Montana opposes the motion.

IT IS ORDERED that the motion is GRANTED. Appellant's brief shall not exceed 12,500 words, proportionately spaced.

DATED this 17 day of January, 2023.

For the Court,

_____
Chief Justice